**Order entered December 16, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00205-CR

**DANIEL JOSEPH RUBIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81568-2021**

### ORDER

Before the Court is the State's December 15, 2022 second motion for extension of time to file the State's brief. We **GRANT** the motion and **ORDER** the State's brief received with the motion filed as of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE